IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv284

| | |
|---|---|
| JIMMY R. BUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court to review the Plaintiff's compliance with its Order entered December 16, 2010. [Doc. 4].

Said Order directed the Plaintiff to pay the filing fee in this matter or file a new application to proceed *in forma pauperis* within 30 day of its entry.

The time for doing one of these acts having expired without the Plaintiff's performance of either, pursuant to the terms of that Order, this matter shall be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 24, 2011

Martin Reidinger
United States District Judge