# United States District Court
# For The Western District of North Carolina
# Asheville Division

JIMMY R. BUFF,,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          1:10cv284

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by plaintiff's noncompliance with Court's Order entered December 16, 2010, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2011, Order.

                                                   Signed: January 24, 2011

                                                   Frank G. Johns, Clerk
                                                   United States District Court